■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ELLINGER, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County, rendered March 7, 1980, convicting him of attempted burglary in the third degree, upon a guilty plea, and imposing sentence. Judgment affirmed. (See *People v Warren,* 47 NY2d 740.) Mangano, J.P., Rabin, Gulotta and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLA FALCETTA, Appellant. — Judgment of the County Court, Nassau County, rendered March 18, 1980, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J.P., Gibbons, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK GLICKMAN, Appellant. — Judgment of the Supreme Court, Suffolk County, rendered December 8, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J.P., Gibbons, Gulotta and Cohalan, JJ., concur.